UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Sharon Bellamy v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 11-cv-12738-DRH |
| *Traci Felman v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 13-cv-10797-DRH |
| *Shenita Gaskin, et al. v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 11-cv-13020-DRH |
| *Candace Overland v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 10-cv-12889-DRH |
| *S. Alan Cardiff, Individually and as Representative of the Estate of Aymie Cardiff, Deceased v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:14-cv-10343-DRH |
| *Phyliss Sloan v. Bayer Corporation, et al.* | No. 15-yz-00336-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed to date, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

> **JUSTINE FLANAGAN,**
> **ACTING CLERK OF COURT**
>
> BY:   /s/*Caitlin Fischer*
>          **Deputy Clerk**

APPROVED:

Digitally signed by Judge David R. Herndon
Date: 2016.06.03 14:12:28 -05'00'

DISTRICT JUDGE
U. S. DISTRICT COURT

2